Indiana Harbor Belt Railroad Company, appellant, v. J. P. Bowles, appellee. Gen. No. 30,559.

Action upon surety bond. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. David A. Hebel, Judge, presiding. Heard in the third division of this court for the first

district at the October term, 1925. Affirmed. Opinion filed June 23, 1926.

Glennon, Cary, Walker & Murray, for appellant; L. Beers-Jones, of counsel. Sims, Welch, Godman & Stransky, for appellee; Elwood G. Godman, of counsel.

Mr. Justice Thomson delivered the opinion of the court.